# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOHN DINALLO, as Personal Representative of the Estate of Jacqueline Dinallo, Deceased,

Appellant,

v.

CHARLES KAYAT, P.A.; ALKA NAIR, M.D.; and GULF COAST HMA PHYSICIAN MANAGEMENT, LLC, d/b/a GULF COAST MEDICAL GROUP SARASOTA PRIMARY CARE,

Appellees.

No. 2D2022-4194

_____

May 1, 2024

Appeal from the Circuit Court for Sarasota County; Stephen Walker, Judge.

Brian J. Lee of Morgan & Morgan, PLLC, Jacksonville, for Appellant.

Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando; Lissette Gonzalez and Carly M. Weiss of Cole, Scott & Kissane, P.A., Miami; and Scott A. Cole and Rook Elizabeth Ringer of Cole, Scott & Kissane, P.A., Jacksonville, for Appellees.


PER CURIAM.

   Affirmed.

NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.